UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE LEVELS,<br><br>  Plaintiff(s),<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al.,<br><br>  Defendant(s). | Case No.   15-cv-01371 PJH<br><br>**ORDER TO SHOW CAUSE** |

By order filed April 1, 2015, this matter was scheduled for a case management conference on July 2, 2015 at 2:00 p.m.  The order also required the filing of a joint case management statement by June 25, 2015.  Counsel for defendants filed a case management statement by the deadline and notified the court therein that plaintiff's counsel had been unavailable to authorize the use of his electronic signature.  Counsel for defendant also appeared as ordered at the conference but no one appeared for plaintiff.  The conference went forward in light of the jointly prepared case management statement and to the extent that there were disagreements as to scheduling and ADR, defendants' requested dates and options were adopted by the court.  Plaintiff's counsel has provided no explanation for his failure to appear.

Accordingly, plaintiff's counsel is hereby ordered to show cause why he should not be sanctioned for his failure to appear and participate in the initial case management conference.  A written response to this order shall be filed no later than **July 10, 2015**.  Upon review of the response, the court will determine if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge