1 | STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorney for Defendants
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBBIE LEVELS, | CASE NO. 15-CV-01371 PJH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| vs. | **[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM GENERAL INSURANCE COMPANY and DOES 1 to 25, inclusive | |
| Defendant. | |

IT IS HEREBY STIPULATED by plaintiff Robbie Levels by and through her attorney of record, John Fitzpatrick Vannucci of the Law Offices of John Fitzpatrick Vannucci and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

Dated: May 25, 2016                LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By_____*/S/ John Fitzpatrick Vannucci*_____
JOHN FITZPATRICK VANNUCCI
Attorneys for Plaintiff
ROBBIE LEVELS

685915                -1-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 15-CV-01371 PJH**

1 | Dated: May 25, 2016                    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By   */S/ Stephen P. Ellingson*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS SO ORDERED

Dated: May 25, 2016

By_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT –
NORTHERN DISTRICT OF CALIFORNIA



685915                          -2-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 15-CV-01371 PJH**